UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 15-00052 JVS (JCGx)                             Date  May 18, 2015

Title  Guadalupe Mike Marquez, et al. v. R.M. Galicia, Inc.

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gouya Ranekouhi | Damian Richard |

**Proceedings:**  Scheduling Conference

    Cause called and counsel make their appearances.  The Court and counsel confer.   The Court sets the last day to amend pleadings for September 17, 2015.   The Court directs plaintiff to file their class certification motion by October 18, 2015 with a hearing date of December 14, 2015 at 1:30 p.m.  Opposition to the class certification motion shall be filed not later than November 18, 2015 and any reply is due by December 2, 1015.

    The Court sets the case management dates with the agreement of counsel as follows:
        **Jury Trial**                                  July 12, 2016 at 8:30 a.m.
          File Findings of Fact and Conclusions of Law by July 5, 2016
        **Final PreTrial Conference**         June 27, 2016 at 11:00 a.m.
          File PreTrial Documents not later than June 21, 2016
          File motions in limine not later than May 30, 2016
        **Discovery Cut-off**                  March 29, 2016
        **Expert Discovery Cut-off**        May 16, 2016
          Initial disclosure of Experts not later than March 17, 2016
          Rebuttal disclosure of Experts not later than April 15, 2016
        **Law and Motion Cut-off**        May 23, 2016 at 1:30 p.m.
          Motions to be filed and served not later than April 25, 2016

    Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is private mediation.  The Court orders that any settlement discussions shall be completed not later than December 1, 2015.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

cc: ADR Office

                                                                                          0     :     04

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 15-00052 JVS (JCGx)                                Date   May 18, 2015

Title   Guadalupe Mike Marquez, et al. v. R.M. Galicia, Inc.

                                                         Initials of Preparer        kjt