1
2
3
4
5
6

Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| **GUADALUPE MIKE MARQUEZ,** and **JEFFREY WHITEMAN,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>**R.M. GALICIA, INC. dba PROGRESSIVE MANAGEMENT SYSTEMS,**<br><br>Defendant. | Case No.  8:15-cv-00052-JVS-JCG<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

19
20
21
22
23
24

   Defendant R.M. Galicia, Inc. and Plaintiffs Guadalupe Mike Marquez and Jeffrey Whiteman, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1) as to their individual claims and without prejudice as to the claims of the putative class members.

25
///
26
///
27
///
28
///

This stipulation is based on the fact that the parties have resolved this action with respect to the individual claims of the named Plaintiffs.  The claims of the putative class members are unaffected by the settlement.

IT IS SO STIPULATED.

Dated: 9/24/15                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  */s/ Debbie P. Kirkpatrick*
                                  Debbie P. Kirkpatrick
                                  Attorney for Defendant
                                  R.M. Galicia, Inc. dba
                                  Progressive Management Systems

Dated: 9/24/15                    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                  */s/Todd M. Friedman*
                                  Todd M. Friedman
                                  Attorney for Plaintiffs
                                  Guadalupe Mike Marquez and
                                  Jeffrey Whiteman

Filed electronically on this 24th day of September, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable James V. Selna
United States District Court
Central District of California

Damian P Richard
Sessions Fishman Nathan and Israel LLP

Debbie P Kirkpatrick
Sessions Fishman Nathan and Israel LLP

This 24th day of September, 2015

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN