JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUADALUPE MIKE MARQUEZ,** and **JEFFREY WHITEMAN,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**R.M. GALICIA, INC. dba PROGRESSIVE MANAGEMENT SYSTEMS,**<br><br>Defendant. | Case No. 8:15-cv-00052-JVS-JCG<br><br>**ORDER** |

Based on the Stipulation to Dismiss by Defendant R.M. Galicia, Inc. and Plaintiffs Guadalupe Mike Marquez and Jeffrey Whiteman, the above-captioned action is hereby dismissed with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members.

Dated this 25th day of September, 2015.

_____
The Honorable James V. Selna